UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-CR-60-T-30EAJ

MANUEL CASTILLO
_____/

# ORDER

**THIS CAUSE** came on to be considered upon Defendant's letter/motion requesting copies of his plea colloquy and sentencing transcripts (Dkt. #61). The Defendant is requesting to proceed *in forma pauperis* and for this Court to provide him, free of charge, a copy of hearing/sentencing transcript(s).

A federal prisoner seeking to collaterally attack his conviction is not automatically entitled to free transcripts. United States v. MacCollom, 426 U.S. 317, 325-326 (1976). To be entitled to a transcript, the prisoner must show a particularized need. That is, he must identify a non-frivolous issue for which the transcript is necessary. Here, the Defendant has not identified such an issue.

It is therefore ORDERED AND ADJUDGED that Defendant's letter/motion requesting copies of his plea colloquy and sentencing transcripts (Dkt. #61) is DENIED without prejudice. Once Defendant identifies a particularized need for such transcript(s), the issue will be reconsidered by this Court.

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2004\04-cr-60.no free copies 61.wpd